FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

STEPHEN P. TROY, JR.   v. SAMSON MANUFACTURING CORPORATION

No. 2013-1434

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✔] As counsel for: STEPHEN P. TROY, JR.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:               DAMIAN R. LAPLACA
Law firm:           DONOVAN HATEM LLP
Address:            2 SEAPORT LANE, 8TH FLOOR
City, State and ZIP: BOSTON, MA 02210
Telephone:          617-406-4500
Fax #:              617-406-4501
E-mail address:     dlaplaca@donovanhatem.com

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/19/13
Date

_Damian R. LaPlaca_
Signature of pro se or counsel

cc: Laura Carroll